```
                  UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF MISSISSIPPI
                       NORTHERN DIVISION

JANELLE FRAZIER                                          PLAINTIFF


VS.                              CIVIL ACTION NO. 3:20CV578TSL-RPM


ANDREW SAUL,
COMMISSIONER OF SOCIAL SECURITY                          DEFENDANT
```

ORDER

This cause is before the court on the report and recommendation of Magistrate Judge Robert P. Myers entered on February 3, 2022, recommending that this case be remanded to the administrative law judge. Neither party has filed an objection and the time for doing so has expired. Having considered the report and recommendation, together with the record in this case, and having concluded that the report and recommendation is neither clearly erroneous nor contrary to law, the court will adopt the February 3, 2022 report and recommendation as its own opinion.

Based on the foregoing, the court hereby adopts, as its own opinion, the February 3, 2022 report and recommendation of Magistrate Judge Robert P. Myers. It follows that plaintiff's motion for summary judgment is granted to the extent that she sought remand to the Commissioner with regard to the ALJ's conclusory Step 3 analysis. The motion is denied without

prejudice to the extent it seeks other relief. It is further ordered that the case is remanded to the Commissioner for further proceedings consistent with the court's opinion.

A separate judgment will be entered in accordance with Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 7th day of March, 2022.


                                       _/s/ Tom S. Lee_____
                                       UNITED STATES DISTRICT JUDGE